| B 104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|
| **PLAINTIFFS** Wells Fargo Bank Northwest, N.A., not individually but as Trustee | **DEFENDANTS** Delta Air Lines, Inc. | |
| ATTORNEYS (Firm Name, Address, and Telephone No.) Chapman and Cutler LLP 111 West Monroe Street Chicago, Illinois 60603 312-845-3000 | ATTORNEYS (If Known) Debevoise & Plimpton LLP 919 Third Avenue New York, New York 10022 212-909-7425 | |
| **PARTY** (Check one box only) | ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 U.S. NOT A PARTY | |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Declaratory Judgment Action seeking a declaration of the Trustee's rights under Section 1110 of the Bankruptcy Code.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

| | | |
|---|---|---|
| ☐ 454 To Recover Money or Property | ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | ☒ 456 To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523 | |
| ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 To obtain an injunction or other equitable relief | ☐ 459 To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | ☐ 498 Other (specify) |

| **ORIGIN OF PROCEEDINGS** (Check one box only.) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|
| **DEMAND** $ | OTHER RELIEF SOUGHT Declaratory Relief | | | | ☐ JURY DEMAND Check only if demanded in complaint |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR Delta Air Lines, Inc. | BANKRUPTCY CASE NO. 05-17923 (ASH) | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING Southern District of New York | DIVISIONAL OFFICE | NAME OF JUDGE The Honorable Adlai Hardin, Jr. |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| **FILING FEE** (Check one box only.) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|
| DATE 5/3/2006 | PRINT NAME Franklin H. Top, III | SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |